Same case below, 27 So. 3d 433.

**No. 09-10665. Jose Reyes, Petitioner v. New Jersey.**

562 U.S. 848, 131 S. Ct. 97, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 6010.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-10668. Angela Moreno, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 849, 131 S. Ct. 97, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 5903.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 23.

**No. 09-10669. William Charles Morva, Petitioner v. Virginia.**

562 U.S. 849, 131 S. Ct. 97, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 5806.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 278 Va. 329, 683 S.E.2d 553.

**No. 09-10670. Lonzie Earl Nichols, Petitioner v. Mississippi.**

562 U.S. 849, 131 S. Ct. 97, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 5836.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

**No. 09-10674. Kenneth Sie Linicomn, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 849, 131 S. Ct. 97, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 5778.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 549.

**No. 09-10675. Alvin Williams, Petitioner v. Illinois.**

562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 5923.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 394 Ill. App. 3d 236, 333 Ill. Dec. 222, 914 N.E.2d 641.

**No. 09-10683. George A. DaCosta, Petitioner v. Union Local 306 of the Motion Picture Projectionists, Operators, Video Technicians, Theatrical Employees & Allied Crafts, et al.**

562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 6221,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.